UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

SARAFINAH BUKIRWA                                          Petitioner,

v.                                                Civil Action No. 4:26-cv-515-RGJ

JASON WOOSLEY, et al.,                                    Respondents.

* * * * *

**ORDER**

Petitioner Sarafinah Bukirwa ("Petitioner"), by counsel, filed a petition seeking a writ of habeas corpus under 28 U.S.C. § 2241 and seeking emergency injunctive relief. [DE 1 (the "Petition")]. A Show Cause Order was issued. [DE 3]. Petitioner moved for a Temporary Restraining Order ("TRO") [DE 6]. Respondents filed a response to the Show Cause Order, stating that Petitioner would be provided with a bond hearing as required by Section 1226(a) at 12:00 p.m. on July 31, 2026. [DE 7]. The Court directed the parties to notify the Court of the outcome of the hearing. [DE 8]. Respondents notified the Court that Petitioner received a custody redetermination hearing before an Immigration Judge and was ordered released on bond. [DE 9; DE 9-1].

Accordingly, and the Court being otherwise sufficiently advised, **IT IS ORDERED**:

1. Petitioner's request for a bond hearing [DE 1] is **MOOT**.

2. All pending dates and deadlines are **VACATED**.

3. Respondents **SHALL** notify the Court when Petitioner is released.

4. Upon receipt of the notice of release, this action will be **CLOSED** and **STRICKEN** from the Court's active docket.

July 31, 2026

Rebecca Grady Jennings, District Judge
United States District Court